Richard Bechtolt
Law Office Richard Bechtolt
W. 1516 Riverside
Spokane, Washington 99201
Telephone: 509.838.3601
Email: richardbechtolt@aol.com

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON
HONORABLE ROSANNA MALOUF PETERSON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-207-RMP-1 |
| Plaintiff, | |
| vs. | Motion to Join Motions in Limine and Motion in Limine |
| TERRY HUNT, | |
| Defendant | SEPTEMBER 6, 2017 AT 10:00 AM |

TO:   Joseph Harrington, Acting United States Attorney

Earl A. Hicks, Assistant United States Attorney

Terry Hunt, through counsel Richard Bechtolt, moves the Court to join the Motions in Limine filed by co-defendants Russell Hunt and Mary Hunt. Mr. Terry Hunt additionally adds the following Motion in Limine as to Terry Hunt.

Motion to Join Motions in Limine and Motion in Limine

1

<u>Motion to Exclude Testimony of Daniel Hammock</u>

Discovery provided by the government includes statements by a Daniel Hammock.  Daniel Hammock is alleged to have purchased firearms on at least three occasions for Terry Hunt in the Western District of Washington.  See Indictment, Count One (G)(H)and (I).  Mr. Hammock was interviewed by ATF agents and provided statements that he filled out ATF form 4473 for purchases of firearms for Terry Hunt.

No discovery has been provided that indicates that Mr. Hammock was provided immunity from prosecution or provided an agreement from the government for his cooperation and testimony in this matter.  Under the government's theory of the case, Mr. Hammock's statements, if true, constitute a federal firearms crime.  Mr. Hammock should be prohibited from testifying unless evidence that he has been advised of his Fifth Amendment Right against Self Incrimination is made part of the record, that he has been provided an attorney to advise him, and/or that if the United States has made any agreement or immunity from prosecution promise, that be provided to counsel.

Respectfully Submitted this 16 day of August, 2017

<u>s/ Richard Bechtolt</u>
WA 11603
Attorneys for Hunt
Law Offices of Richard Bechtolt
W. 1516 Riverside
Spokane, Washington 99201
Telephone: (509) 838.3601
Email: richardbechtolt@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on this 16 day of August 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System

Notice of Appearance

2

which will send notification of such filing to the following: Earl A. Hicks, Assistant United States Attorney.

s/ Richard Bechtolt
WA 11603
Attorneys for Hunt
Law Offices of Richard Bechtolt
W. 1516 Riverside
Spokane, Washington 99201
Telephone: (509) 838.3601
Email: richardbechtolt@aol.com