JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
Earl A. Hicks
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 07 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRY RUSSELL HUNT,<br><br>Defendant. | 2:16-CR-0207-RMP-1<br><br><br>Stipulation for Abandonment and Return of Firearms |

Plaintiff, United States of America, by and through Joseph H. Harrington, Acting United States Attorney for the Eastern District of Washington and Earl A. Hicks, Assistant United States Attorney, and Defendant, TERRY RUSSELL HUNT, by and through his attorney, Richard L. Bechtolt, Jr., hereby stipulate and agree as follows:

1) The United States and the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) hereby stipulate and agree that ATF will return, to a third-party custodian, any of the seized firearms not offered for sale or otherwise agreed to by the United States and the Defendant. The following is the list of firearms to be returned:

<u>Seized on or about November 13, 2015</u>

1. Colt Unknown Revolver, Caliber: .38, SN: 229805;

Stipulation for Abandonment and Return of Firearms – 1

2. Smith & Wesson 686 Revolver, Caliber: .357, SN: ADW7868;
3. Colt Ace Pistol, Caliber: .22, SN: 400521;
4. Smith & Wesson 19 Revolver, Caliber: .357, SN: 1K53943;
5. Colt SAA Revolver, Caliber: .45, SN: S28967A;
6. Ruger Bearcat Revolver, Caliber: .22 SN: 91-30370;
7. Smith & Wesson 27 Revolver, Caliber: .357 SN: N81284;
8. Smith & Wesson 41 Pistol, Caliber: .22 SN: 12923;
9. Beretta, Pietro S.P.A 86 Pistol, Caliber: .380 SN: G08577Y;
10. Beretta USA Corp 21A Pistol, Caliber: .22 SN: BCS27326U;
11. Rifles Inc., Caliber: 7mm, SN: S6269094;
12. Stevens Unknown Rifle, Caliber: .22LR, SN: K16;
13. Glock, Inc. 32 Pistol, Caliber: .357, SN: FDH648;
14. Ruger 10/22 Rifle, Caliber: .22, SN: 82102649;
15. Benelli Super Black Eagle Shotgun, Caliber: 12 gauge, SN: U121684;
16. Winchester 37 Shotgun, Caliber: .410, SN: None;
17. Bond Arms Inc. Snake Slayer Derringer, Caliber: 45/410, SN:62777;
18. Winchester 94 Rifle, Caliber: 25-35, SN: 1605994;
19. Winchester 94 Rifle, Caliber: .30, SN: 1396790;
20. Winchester 62A Rifle, Caliber: .22, SN: 353115;
21. Smith & Wesson M&P 15-22 Rifle, Caliber: .22, SN: DZY6082;
22. Ithaca Gun Co. Hammerless Shotgun, Caliber: 12 gauge, SN: 114666;
23. Colt Frontier Scout Revolver, Caliber: .22, SN: 180922F;
24. Remington Arms Company, Inc. 700 Rifle, Caliber: .280, SN: C6393169;
25. Barrett Firearms Mfg. Co. 99 Rifle, Caliber: .50 BMG, SN: 1688;
26. Uberti, Aldo 1873 Dakota Revolver, Caliber: .45, SN: 76158;
27. Browning Auto Rifle, Caliber: .22, SN: 12448PY146;
28. F.N. (FN Herstal) FNAR Rifle, Caliber: .762, SN: 319MN03564;
29. Sig-Sauer P220 Pistol, Caliber: .22, SN: G424321;
30. Ruger Creedmoor Rifle, Caliber: 6.5 mm, SN: 694-53677;
31. F.N. (FN Herstal) Mauser Rifle, Caliber: .270, SN: X0744
32. Ruger 10/22 Rifle, Caliber: .22, SN: 25080832;
33. Sako L61R Finnbear Rifle, Caliber: .30-06, SN: 518682;
34. Smith & Wesson Unknown Rifle, Caliber: .270, SN: 327054;
35. USA F MFG 22 Revolver, Caliber: .22LR, SN: 22835;
36. Sig Sauer (Sig-Arms) Sig M400 Rifle, Caliber: .556, SN: 20C047273;
37. Browning BL Rifle, Caliber: .22, SN: 71B32828;

Stipulation for Abandonment and Return of Firearms – 2

38. Winchester 70 Rifle, Caliber: .257, SN: 43641;
39. Sig-Sauer 1911 Pistol, Caliber: .45, SN: 54B091082;
40. Stag Arms Stag-15 Rifle, Caliber: .556, SN: 256668;
41. Miroku Firearm Co. Unknown Rifle, Caliber: Unknown; SN: 02178PN136;
42. Sako L61R Finnbear Rifle, Caliber: .375, SN: 509768;
43. Rock River Arms, Inc. AR 15 Rifle, Caliber: .556, SN: LH104728;
44. Rifle Works, Caliber: 7mm, SN: C6598828;
45. Winchester 70 Rifle, Caliber: .30-06, SN: 287;
46. F.N. (FN Herstal) Mauser Rifle, Caliber 7mm, SN: X0307;
47. Lewis Machine and Tool Co. Defender 2000 Rifle, Caliber: .556, SN:65056;
48. Juggernaut TactiCaliber, Inc. JT-10 Rifle, Caliber: .762, SN: B23970D;
49. Savage 11 Rifle, Caliber 6.5mm, SN: J825739;
50. Henry Repeating Rifle Company Golden Boy Rifle, Caliber: .22, SN: GB432946;
51. Blaser (Blaser Jagdwaffen GMBH) R93 Rifle, Caliber: .223, SN: BC-05242;
52. Blaser (Blaser Jagdwaffen GMBH) R93 Rifle, Caliber: 7mm, SN: BC-04666;
53. Winchester 94 Rifle, Caliber: .30-30, SN: 6331790;
54. Great Guns 7mm Rifle, SN: S6237365;
55. Winchester M70 Rifle, SN: 271538; and,

<u>Seized on or about December 2, 2015</u>

107. Smith & Wesson 10-5 Revolver, Caliber: .38, SN: C935163;
108. Colt Bisley Revolver, Caliber: .32, SN: 312059;
109. Smith & Wesson 63 Revolver, Caliber: .22, SN: 7145;
110. Glock Inc. 27 Pistol, Caliber: .40, SN: NDD346; and,
111. Smith & Wesson 66 Revolver, Caliber: .357, SN: CFT9446

2) Defendant TERRY RUSSELL HUNT (Hereafter "Defendant") hereby waives and abandons all right, title, and interest he has in the following listed firearms, which had been intended for sale and which were seized by the

Stipulation for Abandonment and Return of Firearms – 3

Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) on or about December 2, 2015, to ATF and consents to ATF's disposal and destruction of the firearms:

<u>Seized on or about December 2, 2015</u>

56. Mossberg 464 Rifle, Caliber: .30-30, SN: LA061324;
57. Ruger Precision Rifle, Caliber: .308, SN: 1800-05104
58. Mossberg 151MB Rifle, Caliber: .22, SN: None;
59. Savage Arms, Inc., CD 42 Combination Gun, Caliber: .22/410, SN: H856503;
60. Remington Arms Company, Inc., 700 Rifle, Caliber: .7, SN: S6387446;
61. Unknown Manufacturer AR15 Rifle, Caliber: .223, SN: D14382B;
62. Winchester 70 Rifle, CALIBER: .30-06, SN: 374956;
63. Kimber Solo CDP Pistol, Caliber: .9, SN: S1140651;
64. Izhmash (IMEZ) Saiga-12 Shotgun, Caliber: 12, SN: H09412792;
65. Unknown Manufacturer AR15 Rifle, Caliber: .556, SN: D44812B;
66. Stonefire Arms, LLC, SFA-15 Rifle, Caliber: .556, SN: A100079;
67. Rock River Arms, Inc., LAR 15 Rifle, Caliber: .556, SN: CM74218;
68. Gaucha IGA Shotgun, Caliber: .20, SN: 862039;
69. Stag Arms Stag-15 Rifle, Caliber:556 SN:256185;
70. CZ USA 452 Scout Rifle Caliber: .22LR, SN: A096252;
71. Palmetto State Armory PA-15 Rifle, Caliber: .556, SN: LW130272;
72. Kimber Micro Carry Pistol, Caliber: .380, SN: T0014930;
73. Smith & Wesson PC1911 Pistol, Caliber: .45, SN: UCY0417;
74. Smith & Wesson 648 Revolver, Caliber: .22, SN: BHJ9249;
75. Smith & Wesson 642 Revolver, Caliber: .38, SN: CRA7616;
76. Smith & Wesson Bodyguard Revolver, Caliber: .38, SN: CXX5883;
77. Glock Inc., 17 Pistol, Caliber: .9, SN: TKC181;
78. Smith & Wesson 637-2 Pistol, Caliber: .38, SN: CRD6671;
79. Glock Inc. 43 Pistol, Caliber: .9, SN: ZXK553;
80. Sig-Sauer 1911 C3 Pistol, Caliber: .45, SN: GS79082;
81. Ruger LCR Revolver, Caliber: .38, SN: 543-03357;
82. Glock Inc. 21 Pistol, Caliber: .45, SN: HMM766;
83. Glock Inc. 42 Pistol, Caliber: .380, SN: ABHT193;
84. Ruger LCR Revolver, Caliber: .38, SN: 54329073;
85. Glock Inc. 43 Pistol, Caliber: .9, SN: BABS921;
86. Glock Inc. 19 Pistol, Caliber: .9, SN: WSW199;
87. Glock Inc. 19 Pistol, Caliber: .9, SN: RRU153;
88. Ruger LCR Revolver, Caliber: .9, SN: 549-61096;

Stipulation for Abandonment and Return of Firearms — 4

89. Ruger LCR Revolver, Caliber: .38, SN: 542-20381;
90. Israel Weapon IND-IWI (Israel Military IND-IMI) Desert Eagle, Caliber: .50, SN: 95203762;
91. Keltec, CNC Industries, Inc. PMR-30 Pistol, Caliber: .22, SN: WXS77;
92. Beretta USA Corp BU9 Nano Pistol, Caliber: .9, SN: NU094018;
93. Sig-Sauer 1911 Pistol, Caliber: .45, SN: 54B108738;
94. Smith & Wesson M&P 9 Pistol, Caliber: .9, SN: HWR2225;
95. Sig-Sauer P938 Pistol, Caliber: .9, SN: 52A024553;
96. Glock Inc. 32 Pistol, Caliber: .357, SN: ETL139US;
97. Keltec, CNC Industries, Inc. PMR-30 Pistol, Caliber: .22, SN: WXS73;
98. Keltec, CNC Industries, Inc. PMR-30 Pistol, Caliber: .22, SN: WXS78;
99. Keltec, CNC Industries, Inc. PMR-30 Pistol, Caliber: .22, SN: WXS75;
100. Sig Sauer (Sig-Arms) P938 Pistol, Caliber: .9, SN: 52B142772;
101. Sig Sauer (Sig-Arms) P938 Pistol, Caliber: .22, SN: 52B051643;
102. Smith & Wesson M&P 9 Shield Pistol, Caliber: .9, SN: HKC7899;
103. Taurus International The Judge Revolver, Caliber: .45/410, SN: IU158697;
104. Smith & Wesson 10-6 Revolver, Caliber: .38, SN: D996600;
105. Smith & Wesson 10-8 Revolver, Caliber: .38, SN: 9D89438;
106. Taurus International The Judge Revolver, Caliber: .45/410, SN: CP771584.

3) Defendant waives any right Defendant might otherwise have had to receive notice or a hearing with respect to any motion, pleading, order, or any other action that ATF might take, in its sole discretion, to carry out the abandonment, disposition, and destruction of the firearms. Defendant's waiver includes, without limitation, all common law, statutory, and constitutional claims or challenges, on any grounds, arising at any time from, or relating to, the seizure, abandonment, disposition, and destruction of the firearms, including any such claim for attorney fees and litigation costs.

///

4) Defendant agrees to hold the United States, its agents and employees, harmless from any claims whatsoever in connection with the seizure, abandonment, disposition, and destruction of the firearms listed herein.

Joseph H. Harrington
Acting United States Attorney

*(signed)* Earl A. Hicks          12-7-17
Earl A. Hicks                     Dated
Assistant United States Attorney

*(signed)* Richard A. Bechtolt    12/7/17
Richard A. Bechtolt               Dated
Attorney for Defendant
Terry Russell Hunt

*(signed)* Terry Russell Hunt     12-7-17
Terry Russell Hunt, Defendant     Dated

Stipulation for Abandonment and Return of Firearms – 6